**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leticia Gallo, | ) No. CIV 07-0804-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Conair Corporation, | ) |
| Defendant. | ) |

Pursuant to the parties' Stipulation for Extension of Time to Respond to the Plaintiff's First Amended Complaint (Doc. 8), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Conair Corporation's response to Plaintiff's First Amended Complaint shall be filed no later than June 18, 2007.

DATED this 22nd day of May, 2007.

Stephen M. McNamee
United States District Judge