**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leticia Gallo and Virginia Duffy, ) | No. CIV 07-0804-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Conair Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      Having considered the parties' Stipulation to Dismiss Count I (Age Discrimination in Employment Act) and Count II (Sex Discrimination) of [Plaintiff Gallo's] First Amended Complaint (Doc.31), and good cause appearing therefor,

      **IT IS HEREBY ORDERED GRANTING** the Stipulation.  Count I (Age Discrimination in Employment Act and Count II (Sex Discrimination) of [Plaintiff Gallo']s First Amended Complaint are dismissed with prejudice.

      **IT IS FURTHER ORDERED** that both Plaintiffs' claims under the Employee Polygraph Protection Act will remain pending before this Court.

      DATED this 12th day of March, 2008.

Stephen M. McNamee
United States District Judge