**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leticia Gallo and Virginia Duffy, ) | No. CIV 07-0804-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| v. ) | |
| ) | |
| Conair Corporation, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pending before the Court is the parties' Stipulation (Doc. 37) to extend the discovery and dispositive motion deadlines in order for the parties to participate in private mediation. The parties have a mediation currently scheduled for May 15, 2008; therefore, the current discovery deadline of May 2, 2008 will be **vacated** and the Court will enter a new deadline, as well as a new date for the dispositive motion deadline and the final pretrial conference.

**IT IS THEREFORE ORDERED** that the Stipulation (Doc. 37) is **GRANTED.**

**IT IS FURTHER ORDERED** that the parties shall file a status report or notice of dismissal no later than **Friday, May 23, 2008.**

**IT IS FURTHER ORDERED** that in the event that mediation is not successful, all discovery shall be concluded no later than **June 27, 2008.**

**IT IS FURTHER ORDERED** dispositive motions will be due **Friday, August 8, 2008.** If necessary, the Court will notify the parties as to a new due date for a final pretrial order and conference.

DATED this 28th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge