**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leticia Gallo and Virginia Duffy, ) | No. CIV 07-0804-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Conair Corporation, ) | |
| ) | |
| Defendant. ) | |

      Pursuant to the Stipulation of the parties (Doc. 42), and good cause appearing therefor,

      **IT IS HEREBY ORDERED GRANTING** the parties' Stipulation (Doc. 42) for an independent medical examination.

      **IT IS FURTHER ORDERED GRANTING** the parties' Stipulation (Doc. 42) to extend expert discovery related deadlines.

      **IT IS FURTHER ORDERED** that the parties must identify and disclose any expert witnesses on or before **May 20, 2008**, disclose any expert reports by **June 5, 2008**, and complete any expert depositions by **June 27, 2008.**

      DATED this 24th day of April, 2008.

Stephen M. McNamee
United States District Judge