**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leticia Gallo and Virginia Duffy, | ) No. CIV 07-0804-PHX-SMM |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Conair Corporation, | ) |
| Defendant. | ) |

Having received a Notice of Settlement (Doc. 46) in this case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties have until **Friday, June 20, 2008** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **June 30, 2008 at 10:00 a.m.** If the stipulation is received by **Friday, June 20, 2008**, the status conference will be automatically vacated.

DATED this 16th day of May, 2008.

Stephen M. McNamee
United States District Judge