**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leticia Gallo and Virginia Duffy,             )<br>                                                                )<br>            Plaintiffs,                               )<br>                                                                )<br>v.                                                               )<br>                                                                )<br>Conair Corporation, a Delaware corporation,)<br>                                                                )<br>            Defendant.                             )<br>                                                                )<br>_____)  | NO.  CV 07-0804 PHX SMM<br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 48]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 48]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 2nd day of June, 2008.

_____
Stephen M. McNamee
United States District Judge